# EXHIBIT A

# Take Control of Your Weight

At Genesis Lifestyle Medicine, our medical experts are dedicated to giving their patients access to the most recent weight control methods. We strive to provide you with accessible choices for the most recent weight-loss medications such as Tirzepatide which can greatly help patients take control of their weight.

Source: https://www.genesislifestylemedicine.com/medical-weight-loss/tirzepatide/



## What is Tirzepatide treatment?

Tirzepatide is a comprehensive therapy for weight reduction that does not include any intrusive procedures and gives patients the ability to regain control of their weight. A once-weekly injectable called Tirzepatide also aids in controlling blood sugar levels. Although it is now used for people with type 2 diabetes, it also has potential as a weight-loss medication.

This tested form of treatment including tirzepatide dosages were successful in lowering hemoglobin A1C levels and promoting weight reduction. Tirzepatide is designed to be used in conjunction with dietary, sleeping, and exercise improvements to lead a healthier lifestyle. The medicine is anticipated to function finest in conjunction with coaching and guidance from qualified specialists such as the ones at our clinic.

Source: https://www.genesislifestylemedicine.com/medical-weight-loss/tirzepatide/

## How does Tirzepatide work?

Although Tirzepatide functions similarly to the other GLP-1 family medications, it has an additional molecule that could provide it a modest advantage.

The medication mimics the actions of two incretin hormones that are important in controlling blood sugar: glucagon-like peptide-1 also known as GLP-1 and glucose-dependent insulinotropic polypeptide or GIP. It is the only drug in its class to act on both of these receptors thanks to its distinctive dual action.

Source: https://www.genesislifestylemedicine.com/medical-weight-loss/tirzepatide/

## Does this medication work to help you lose weight?

Tirzepatide has been shown in clinical trials to help people lose an average of up to 21% of their initial body weight when combined with a reduced-calorie diet and increased physical activity, as opposed to participants who took a placebo. It is one of the fastest, most trustworthy ways to help you lose weight quickly and safely.

Source: https://www.genesislifestylemedicine.com/medical-weight-loss/tirzepatide/

### How does the combination work?

Tirzepatide works by mimicking the effects of GLP-1 and GIP, which play key roles in regulating appetite, insulin secretion, and glucose metabolism. When compounded with B12, the treatment not only targets these pathways but also provides the added benefits of B12, such as increased energy production and improved metabolism. This dual-action approach maximizes the efficacy of weight loss and metabolic health management.



Source: https://www.genesislifestylemedicine.com/blog/what-is-tirzepatide-compounded-with-b12-and-how-can-you-get-it/.

KE 115233935.1

## The synergy of Tirzepatide compounded with B12

Combining Tirzepatide with B12 creates a powerful synergy that enhances the benefits of both compounds. This combination offers a holistic approach to weight management by addressing multiple aspects of your health:

- **Enhanced Weight Loss:** The appetite-suppressing effects of Tirzepatide, coupled with the metabolic boost from B12, lead to more effective weight loss. This dual approach helps you achieve and maintain a healthier weight more efficiently.

- **Improved Energy Levels:** B12 ensures you have the energy needed to stay active and motivated throughout your weight loss journey. This can make it easier to adhere to an exercise routine and stay engaged in physical activities.

- **Better Metabolic Health:** The combination helps regulate blood sugar levels and supports metabolic health, reducing the risk of diabetes and other metabolic disorders. Improved metabolic health is key to long-term weight management and overall well-being.

Source: https://www.genesislifestylemedicine.com/blog/what-is-tirzepatide-compounded-with-b12-and-how-can-you-get-it/.



Source: https://www.instagram.com/genesislifestylemedicine/

KE 115233935.1



Book Now

MENU



# Tirzepatide

HOME . MEDICAL WEIGHT LOSS . TIRZEPATIDE

# Take Control of Your Weight

At Genesis Lifestyle Medicine, our medical experts are dedicated to giving their patients access to the most recent weight control methods. We strive to provide you with accessible choices for the most recent weight-loss medications such as Tirzepatide which can greatly help patients take control of their weight.

Get 15% Off



Book Now                                                                            MENU

## treatment?

Tirzepatide is a comprehensive therapy for weight reduction that does not include any intrusive procedures and gives patients the ability to regain control of their weight. A once-weekly injectable called Tirzepatide also aids in controlling blood sugar levels. Although it is now used for people with type 2 diabetes, it also has potential as a weight-loss medication.

This tested form of treatment including tirzepatide dosages were successful in lowering hemoglobin A1C levels and promoting weight reduction. Tirzepatide is designed to be used in conjunction with dietary, sleeping, and exercise improvements to lead a healthier lifestyle. The medicine is anticipated to function finest in conjunction with coaching and guidance from qualified specialists such as the ones at our clinic.

## How does Tirzepatide work?



Book Now

MENU

Book Now

MENU



# All about Tirzepatide







Book Now

MENU

# Candidates for Tirzepatide treatments

Do your weight-related health issues affect you? Prescription weight loss medications can be a possibility for you if you are having trouble losing weight while following a healthy diet and exercising regularly. Adults who struggle with obesity, diabetes, or high blood pressure who have a body mass index of higher than 30, are normally perfect candidates for this type of treatment.



\*All patients have the option to obtain a prescription for the Brand Name medications listed on this page to be called in at the pharmacy of their choice. Please note a prescription for the Brand Name medications does not guarantee your insurance will cover this medication. All patients will be charged a monthly weight management fee for this service.

Book Now                                                                                          MENU



# Start Your Journey Today

## 73 LOCATIONS

BOOK NOW

| Medical Weight Loss | Hormone Therapy | Hair Restoration | Aesthetic Services | |
| --- | --- | --- | --- | --- |
| Appetite Suppressants | Testosterone Therapy | PRP Hair Restoration | Injectables | Microneedling |
| Ideal Protein Diet | Women's Hormone Therapy | Finasteride | Botox | Medical-Grade Skin Care |
| Vitamin Booster Injections | Growth Hormone Optimization | Follicular Unit Extraction | Dermal Fillers | Vampire Facial |
| | | | Kybella | CoolSculpting |
| | | | Skin | CoolTone |
| | | | Chemical Peels | Laser Hair Removal |

GET
STARTED
TODAY



Book Now

MENU

Shop Testosterone Tests

Shop Insulin & Thyroid Labs

© Genesis Lifestyle Medicine. All Rights Reserved. Web Design & Internet Marketing: S3E, Digital Marketing Company Los Angeles



Privacy Policy | Zenoti's Privacy | Genesis Labs





Book Now

MENU

# What Is Tirzepatide Compounded With B12, And How Can You Get It?

HOME . BLOG . WHAT IS TIRZEPATIDE COMPOUNDED WITH B12 AND HOW CAN YOU GET IT

PUBLISHED OCT 17, 2024

## WHAT IS TIRZEPATIDE COMPOUNDED WITH B12, AND HOW CAN YOU GET IT?

## CATEGORIES

Weight Loss

Hormone Therapy



Get 15% Off



Book Now                                                                                    MENU



|                                                | Sexual Health       |
|                                                | Botox/Filler        |
|                                                | Coolsculpting       |
|                                                | Laser Hair Removal  |
|                                                | Blood Work          |
|                                                | Skin Care           |
|                                                | Fitness             |
|                                                | Exercise            |
|                                                | Diets               |
|                                                | Supplements         |
|                                                | Joint Pain          |
|                                                | Neuropathy          |

At Genesis Lifestyle Medicine, we prioritize your wellness and provide innovative solutions that address your health concerns holistically. One such cutting-edge treatment is Tirzepatide compounded with B12. In this article, we explore what Tirzepatide is, the benefits of combining it with B12, and how you can access this treatment to support your weight loss goals.

## Tirzepatide: a groundbreaking weight loss solution

Tirzepatide is an exciting development in the field of weight management and diabetes care. It is a dual glucose-dependent insulinotropic polypeptide (GIP) and glucagon-like peptide-1 (GLP-1) receptor agonist. This means that Tirzepatide acts on both GIP and GLP-1 receptors in your body to regulate blood sugar levels and promote weight loss. By mimicking the effects of these naturally occurring hormones, Tirzepatide helps to:

**Reduce Appetite:** Tirzepatide signals your brain to feel full, which helps curb overeating. When you feel satiated, you are less likely to consume excess calories, making it easier to stick to a calorie deficit for weight loss.



Book Now

MENU

overall health and can help prevent complications related to diabetes.

**Promote Weight Loss:** Tirzepatide aids in weight reduction by reducing calorie intake and improving metabolic processes. This dual mechanism of action makes it a potent tool in combating obesity and supporting sustainable weight loss.

The benefits of Tirzepatide:

**Significant Weight Loss:** Studies have demonstrated that individuals using Tirzepatide can achieve substantial weight loss compared to traditional treatments. In clinical trials, participants lost an average of 15% to 20% of their body weight, which is a significant reduction that can greatly improve overall health.

**Improved Glycemic Control:** Tirzepatide helps in lowering blood sugar levels, which is particularly beneficial for those with type 2 diabetes. By improving insulin sensitivity and reducing insulin resistance, it helps manage diabetes more effectively.

**Cardiovascular Health:** The medication has shown potential benefits in reducing cardiovascular risks associated with obesity and diabetes. Weight loss and better blood sugar control can lower the risk of heart disease, hypertension, and stroke.



Book Now                                                                                                    MENU



## The role of B12 in weight management

Vitamin B12, also known as cobalamin, is an essential nutrient that plays a crucial role in various bodily functions, including:

**Energy Production:** B12 is vital for the conversion of food into energy, helping you stay active and alert. It is involved in the metabolism of every cell in the body, particularly affecting DNA synthesis and fatty acid and amino acid metabolism.

**Red Blood Cell Formation:** It aids in the production of healthy red blood cells, prevents anemia, and ensures efficient oxygen transport. Adequate oxygen transport is essential for all bodily functions, including maintaining energy levels and supporting physical activity.

**Nervous System Health:** B12 supports the maintenance of a healthy nervous system, promoting cognitive function and reducing the risk of neurological disorders. It is crucial for the production of myelin, a protective coating around nerves, which maintains nerve function.

The benefits of B12 for weight loss:

10/17/24, 8:53 AM
Case 1:24-cv-01862-SEB-TAB    Document 1-1    Filed 10/21/24    Page 17 of 21 PageID #: 44
What Is Tirzepatide Compounded with B12 and How Can You Get It?



Book Now                                                                                    MENU

energy rather than storing it as fat.

**Increase Energy Levels:** Higher energy levels can lead to more physical activity, contributing to weight loss. Feeling more energetic can motivate you to engage in regular exercise, which is a critical component of a successful weight loss plan.

**Support Muscle Function:** B12 is essential for muscle function and recovery, aiding in the maintenance of lean muscle mass during weight loss. Preserving muscle mass is important for maintaining a healthy metabolism and preventing weight regain.



## The synergy of Tirzepatide compounded with B12

Combining Tirzepatide with B12 creates a powerful synergy that enhances the benefits of both compounds. This combination offers a holistic approach to weight management by addressing multiple aspects of your health:

**Enhanced Weight Loss:** The appetite-suppressing effects of Tirzepatide, coupled with the metabolic boost from B12, lead to more effective weight loss. This dual approach helps you achieve and maintain a healthier weight more efficiently.

10/17/24, 8:53 AM

Case 1:24-cv-01862-SEB-TAB    Document 1-1    Filed 10/21/24    Page 18 of 21 PageID #: 45

What is Tirzepatide Compounded with B12 and How Can You Get It?



Book Now                                                                                          MENU

and stay engaged in physical activities.

**Better Metabolic Health:** The combination helps regulate blood sugar levels and supports metabolic health, reducing the risk of diabetes and other metabolic disorders. Improved metabolic health is key to long-term weight management and overall well-being.

## How does the combination work?

Tirzepatide works by mimicking the effects of GLP-1 and GIP, which play key roles in regulating appetite, insulin secretion, and glucose metabolism. When compounded with B12, the treatment not only targets these pathways but also provides the added benefits of B12, such as increased energy production and improved metabolism. This dual-action approach maximizes the efficacy of weight loss and metabolic health management.



## Accessing Tirzepatide compounded with B12 at Genesis Lifestyle Medicine

At Genesis Lifestyle Medicine, we are committed to providing personalized that meets your unique health needs. Our team of experienced re professionals will work with you to develop a comprehensive

10/17/24, 8:53 AM
Case 1:24-cv-01862-SEB-TAB   Document 1-1   Filed 10/21/24   Page 19 of 21 PageID #: 46
What Is Tirzepatide Compounded with B12 and How Can You Get It?



Book Now

MENU

**Consultation:** Schedule an appointment with one of our healthcare professionals. We offer both in-person and virtual consultations to accommodate your schedule and preferences.

**Evaluation:** Undergo an evaluation to determine if Tirzepatide with B12 is right for you. This may include a physical examination, blood tests, and a review of your medical history.

**Prescription:** If deemed appropriate, you will receive a prescription for the compounded medication. Our team will ensure you understand how to use the medication.

**Compounding Pharmacy:** We work with reputable compounding pharmacies to ensure the highest quality and efficacy of your medication. The pharmacy will prepare the medication according to the specific prescription tailored to your needs.

**Ongoing Care:** Continue to receive ongoing care and support from our team to maximize the benefits of your treatment. Regular check-ins will help us monitor your progress and make any necessary adjustments to your plan.

At Genesis Lifestyle Medicine, we are dedicated to providing you with the best possible care and support on your wellness journey. Our holistic approach ensures that all aspects of your health are addressed, giving you the best chance for success. If you are ready to take control of your health

10/17/24, 8:53 AM    Case 1:24-cv-01862-SEB-TAB    Document 1-1    Filed 10/21/24    Page 20 of 21 PageID
What Is Tirzepatide Compounded with B12 and How Can You Get It?
#: 47



Book Now

MENU

BACK TO BLOG

# Start Your Journey Today

## 73 LOCATIONS

BOOK NOW

Medical Weight Loss

Hormone Therapy

Hair Restoration

Aesthetic Services

Microneedling

Appetite Suppressants

Testosterone Therapy

PRP Hair Restoration

Injectables

Medical-Grade Skin Care

Finasteride

Botox



Book Now

MENU

G E T

S T A R T E D

T O D A Y

Hormone
Optimization

Chemical Peels

Laser Hair
Removal

G E T
S T A R T E D

Sexual Wellness

Men

Women

Health Tests

Shop Hormone
Tests

Shop
Testosterone
Tests

Shop Insulin &
Thyroid Labs

Pre & Post Care

© Genesis Lifestyle Medicine. All
Rights Reserved. Web Design &
Internet Marketing: S3E, Digital
Marketing Company Los Angeles



Privacy Policy | Zenoti's Privacy |
Genesis Labs

